# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| CARTER THURMAN CAMPBELL, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) | No. | 3:20-CV-275-RLJ-HBG |
| CANDICE WHISMAN, | ) ) ) | | |
| Defendant. | ) ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant Whisman's motion to dismiss this action [Doc 16] is **GRANTED**, and this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
 s/ John Medearis
  CLERK OF COURT